**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
MARIA G. MURILLO,              )   No.  EDCV 12-2104-CW
                               )
           Plaintiff,          )   JUDGMENT
                               )
       v.                      )
                               )
CAROLYN W. COLVIN,             )
Commissioner, Social Security  )
Adminstration,                 )
                               )
           Defendant.          )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: August 26, 2013

/s/ Carla M. Woehrle
_____
CARLA M. WOEHRLE
United States Magistrate Judge