UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA G. MURILLO, | ) | No. EDCV 12 - 02104 CW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND FIVE HUNDRED ONE DOLLARS AND 82/100 ($1,501.82) subject to the terms of the stipulation.

DATE: September 30, 2013   _____

                                       HON. CARLA M. WOEHRLE
                                       UNITED STATES MAGISTRATE JUDGE